[No. 30244-2-I.   Division One.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK A. BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-02737-2, Robert E. Dixon, J., entered Feb-

ruary 28, 1992. *Dismissed* by unpublished per curiam opinion.